UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NUMBER: 3:09-<br>) cv-00059-RV-MD<br>) |
| WHITROCK ASSOCIATES, INC., and KEITH ROCKMAN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## CONSENT JUDGMENT

This matter having come before the Court by consent of the parties, who are represented by counsel, and the terms being consented to by the parties, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Defendants Whitrock Associates, Inc., a Florida corporation, and Keith Rockman, an individual, are jointly and severally liable to Plaintiff Wachovia Bank, National Association in the amount of $1,547,714.83, and post-judgment interest shall accrue at the rate of six and one-half percent (6.5%) per annum from the date of this Consent Judgment until satisfaction of this Consent Judgment; and it is hereby further

**ORDERED, ADJUDGED** and **DECREED** that, pursuant to the terms of that certain Mortgage and Security Agreement granted by Whitrock Associates, Inc., in favor of Wachovia Bank, National Association, dated March 8, 2002, and recorded in Official Records Book 2347, Page 2418, Public Records of Okaloosa

County, Florida, as modified from time to time and most recently modified by (a) that certain Amended and Restated Mortgage and Assignment of Rents dated April 24, 2006, and recorded in Official Records Book 2704, Page 4114, Public Records of Okaloosa County, Florida, (b) that certain Modification of Mortgage dated April 24, 2006, and recorded in Official Records Book 2704, Page 4124, Public Records of Okaloosa County, Florida, (c) that certain Modification of Mortgage dated November 7, 2006, and recorded in Official Records Book 2748, Page 717, Public Records of Okaloosa County, Florida, and (d) that certain Modification of Mortgage dated March 6, 2007 and recorded in Official Records Book 2771, Page 1140, Public Records of Okaloosa County, Florida (as modified, the "Mortgage"), which said Mortgage encumbers Lots 12, 19, and 20 Rock's Cove, according to the Plat thereof as recorded in Plat Book 23, Page(s) 6, of the Public Records of Okaloosa County, Florida (the "Lots," and singly, a "Lot"), Wachovia Bank, National Association, is and shall be entitled to collect and receive any and all rental income from each Lot (as more particularly described in the Mortgage, the "Rents") for so long as the Lot shall be encumbered by the Mortgage and to apply the Rents to the indebtedness secured by the Mortgage.

**SO ORDERED** this 2d day of June, 2009.

United States District Judge

We hereby consent to the form and entry of this Consent Judgment:

_____
Jay R. Bender
Jennifer A. Harris

Attorneys for Plaintiff Wachovia Bank, National Association

**OF COUNSEL:**
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

_____
Louis L. Long, Jr.

Attorney for Defendants Whitrock Associates, Inc., and Keith Rockman

**OF COUNSEL:**
**Chesser & Barr, P.A. Attorneys**
1201 Eglin Parkway
Shalimar, Florida 32579
Phone: 850-651-9944
Fax: 850-651-6084